| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) griley@omm.com |
| | LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street |
| | San Francisco, California 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com |
| 6 | O'MELVENY & MYERS LLP |
| | 2765 Sand Hill Road |
| 7 | Menlo Park, California 94025 |
| | Telephone: (650) 473-2600 |
| 8 | Facsimile: (650) 473-2601 |
| 9 | Attorneys for Nominal Defendant |
| | APPLE COMPUTER, INC. |
| 10 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| 14 | PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of APPLE COMPUTER, INC., | Case No. 5:06-cv-04493-JW |
| | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, | |
| 24 | Defendants, | |
| 25 | - and - | |
| 26 | APPLE COMPUTER, INC., | |
| 27 | Nominal Defendant. | |
| 28 | | |

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-04493-JW

1  IT IS HEREBY STIPULATED by and between Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli Armstrong") and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:

WHEREAS, Pirelli Armstrong filed its Complaint against Defendants on July 24, 2006, and served it on July 27, 2006;

WHEREAS, Apple is currently scheduled to respond to Pirelli Armstrong's Complaint by August 16, 2006;

WHEREAS, Apple has obtained authorization to accept service of process on behalf of several of the individual defendants, is in the process of seeking such authority from others, and is discussing representation issues with the individual defendants;

WHEREAS, Pirelli Armstrong has agreed to extend to October 6, 2006, the time for all defendants to move or plead in response to Pirelli Armstrong's Complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as follows:

All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have an extension of time to answer or otherwise respond to Plaintiff Pirelli Armstrong's Complaint to October 6, 2006.

IT IS SO STIPULATED.


Dated:  August 14, 2006             GEORGE A. RILEY
                                    DAVID M. FURBUSH
                                    LUANN L. SIMMONS
                                    O'MELVENY & MYERS LLP


                                    By:      /s/ Luann L. Simmons
                                                 Luann L. Simmons

                                    Attorneys for Nominal Defendant
                                    APPLE COMPUTER, INC.

| | | |
|---|---|---|
| 1 | Dated: August 14, 2006 | WILLIAM S. LERACH |
| 2 | | TRAVIS E. DOWNS III |
| | | SHAWN A. WILLIAMS |
| 3 | | LERACH COUGLIN STOIA GELLER |
| | |   RUDMAN & ROBBINS LLP |

Dated: August 14, 2006

WILLIAM S. LERACH
TRAVIS E. DOWNS III
SHAWN A. WILLIAMS
LERACH COUGLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


By:      /s/ Travis E. Downs III
            Travis E. Downs III

Attorneys for Plaintiff
PIRELLI ARMSTRONG TIRE
CORPORATION RETIREE MEDICAL
BENEFITS TRUST

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Travis E. Downs III.

Dated: August 14, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By:      /s/ Luann L. Simmons
            Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 21, 2006

_____
Honorable James Ware
United States District Judge

SF1:639722.1