| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304)  griley@omm.com |
|   | LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Embarcadero Center West |
| 3 | 275 Battery Street |
|   | San Francisco, California  94111-3305 |
| 4 | Telephone:   (415) 984-8700 |
|   | Facsimile:    (415) 984-8701 |
| 5 | |
|   | DAVID M. FURBUSH (S.B. #83447)  dfurbush@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 2765 Sand Hill Road |
| 7 | Menlo Park, California  94025 |
|   | Telephone:   (650) 473-2600 |
| 8 | Facsimile:    (650) 473-2601 |

**E-filed 10/6/06**

9  Attorneys for Individual Defendants FRED D. ANDERSON,
   WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVI
10 P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK,
   TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHA
11 RUBINSTEIN, RONALD B. JOHNSON, PETER
   OPPENHEIMER, MITCHELL MANDICH, ROBERT M.
12 CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G
   FREDERICK FORSYTH and Nominal Defendant APPLE
13 COMPUTER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | PIRELLI ARMSTRONG TIRE CORPORATION | Case No. 5:06-cv-04493-JF |
| 17 | RETIREE MEDICAL BENEFITS TRUST, | |
|    | Derivatively on Behalf | **FURTHER STIPULATION AND** |
| 18 | of APPLE COMPUTER, INC., | **[~~PROPOSED~~] ORDER** |
|    | | **EXTENDING TIME FOR** |
| 19 | Plaintiff, | **DEFENDANTS TO RESPOND TO** |
|    | | **COMPLAINT** |
| 20 | v. | |
| 21 | FRED D. ANDERSON, WILLIAM V. | |
|    | CAMPBELL, MILLARD S. DREXLER, STEVEN | |
| 22 | P. JOBS, ARTHUR D. LEVINSON, JEROME B. | |
|    | YORK, TIMOTHY D. COOK, AVADIS | |
| 23 | TEVANIAN, JR., JONATHAN RUBINSTEIN, | |
|    | RONALD B. JOHNSON, PETER OPPENHEIMER, | |
| 24 | MITCHELL MANDICH, ROBERT M. | |
|    | CALDERONI, JAMES J. BUCKLEY, DANIEL L. | |
| 25 | EILERS and G. FREDERICK FORSYTH, | |
|    | Defendants, | |
| 26 | - and - | |
| 27 | APPLE COMPUTER, INC., | |
| 28 | Nominal Defendant. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli Armstrong") and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni, James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple Computer, Inc. ("Defendants") as follows:

WHEREAS, Pirelli Armstrong filed its Complaint against Defendants on July 24, 2006, and served it on July 27, 2006;

WHEREAS, Defendants are currently scheduled to respond to Pirelli Armstrong's Complaint by October 6, 2006;

WHEREAS, counsel are engaged in discussing the possibility of consolidation of this matter with related cases and/or the subsequent filing of a consolidated complaint;

WHEREAS, the undersigned parties wish to further judicial efficiency by deferring responsive pleadings until such time as consolidation issues are addressed;

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate as follows:

All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have a further extension of time to answer or otherwise respond to 30 days after the filing of a consolidated complaint, <u>or</u> in the event that the Court denies the forthcoming motion for consolidation, the above-described defendants shall answer or otherwise respond to Pirelli Armstrong's Complaint no later than 30 days after such denial.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 4, 2006 | | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |

By: /s/ Luann L. Simmons
    Luann L. Simmons

Attorneys for Individual Defendants
FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC.

Dated: October 4, 2006

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
MARIA V. MORRIS
THOMAS G. WILHELM
LERACH COUGLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

By: /s/ Monique C. Winkler
    Monique C. Winkler

Attorneys for Plaintiff
PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

| | | |
|---|---|---|
| 1 | Dated:  October 4, 2006 | GEORGE A. RILEY |
| 2 | | DAVID M. FURBUSH |
| | | LUANN L. SIMMONS |
| 3 | | O'MELVENY & MYERS LLP |

By: /s/ Luann L. Simmons
Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/6/06

The Honorable Jeremy Fogel
United States District Judge

MP1:987007.1

- 3 -
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-04493-JF