GEORGE A. RILEY (S.B. #118304)  griley@omm.com
LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

DAVID M. FURBUSH (S.B. #83447)  dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601

**efiled 10/13/06

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH and Nominal Defendant APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br>              Plaintiff, <br><br>       v. <br><br>FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, <br><br>              Defendants, <br>       - and - <br><br>APPLE COMPUTER, INC., <br><br>              Nominal Defendant. | Case No. 5:06-cv-04493-JF <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli Armstrong") and Individual Defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, Jerome B. York, Timothy D. Cook, Avadis Tevanian, Jr., Jonathan Rubinstein, Ronald B. Johnson, Peter Oppenheimer, Mitchell Mandich, Robert M. Calderoni, James J. Buckley, Daniel L. Eilers and G. Frederick Forsyth and Nominal Defendant Apple Computer, Inc. ("Defendants") as follows:

WHEREAS, the undersigned parties are currently discussing consolidation of this case with other similar cases pending in this Court and/or the filing of a consolidated complaint. The undersigned parties are diligently working on finalizing a stipulation to consolidate the cases. The undersigned parties believe that it serves the interests of judicial economy and efficiency to defer the pending Case Management Conference and associated dates to a time when consolidation issues have been addressed and the Case Management Conference can encompass all similar actions in one proceeding.

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and respectfully request that the Court enter an order continuing the Case Management Conference to the Court's first available date that falls at least 30 days after entry of the Court's Order appointing lead plaintiffs' counsel, with all associated dates continued to equivalent periods prior to the rescheduled Case Management Conference as per applicable local rules.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  October 10, 2006 | GEORGE A. RILEY |
| 2 | | DAVID M. FURBUSH |
| | | LUANN L. SIMMONS |
| 3 | | O'MELVENY & MYERS LLP |

By: _____/s/ Luann L. Simmons_____
　　　　　　　Luann L. Simmons

Attorneys for Individual Defendants
FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC.

Dated:  October 10, 2006

TRAVIS E. DOWNS III
BENNY C. GOODMAN III
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
MARIA V. MORRIS
THOMAS G. WILHELM
LERACH COUGLIN STOIA GELLER
　RUDMAN & ROBBINS LLP

By: _____/s/ Monique C. Winkler_____
　　　　　　　Monique C. Winkler

Attorneys for Plaintiff
PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

| | |
|---|---|
| Dated:  October 10, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |
| | By: _____/s/ Luann L. Simmons_____<br>        Luann L. Simmons |
| | Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, RONALD B. JOHNSON, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, JAMES J. BUCKLEY, DANIEL L. EILERS, AVADIS TEVANIAN, JR., G. FREDERICK FORSYTH, ROBERT M. CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC. |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  10/13/06

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:989024.1