JOSEPH W. COTCHETT (# 36324)
jcotchett@cpsmlaw.com
BRUCE L. SIMON (#96241)
bsimon@cpsmlaw.com
PHILIP L. GREGORY (#95217)
pgregory@cpsmlaw.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpsmlaw.com
ESTHER L. KLISURA (#221171)
eklisura@cpsmlaw.com
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

Attorneys for Plaintiff Kelley Bergman
Derivatively on Behalf of Apple Computer, Inc.

**E-filed 10/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS KARANT, et al., Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> STEVEN P. JOBS, et al., <br><br>   Defendants, <br><br> -and- <br><br> APPLE COMPUTER, INC., <br><br>   Nominal Defendant. | Case No. C-06-04128-JF <br><br> STIPULATION AND [~~PROPOSED~~] ORDER (1) CONSOLIDATING CASES, (2) SETTING SCHEDULE FOR CONSOLIDATED COMPLAINT, AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

[Caption continued on following page]

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | |
|---|---|
| DOUGLAS HOLBERT, Derivatively on Behalf of APPLE COMPUTER, INC., | No. C-06-04454-JF |
| Plaintiff, | |
| vs. | |
| FRED D. ANDERSON, et al., | |
| Defendants, | |
| -and- | |
| APPLE COMPUTER, INC., | |
| Nominal Defendant. | |
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of APPLE COMPUTER, INC., | No. C-06-04493-JF |
| Plaintiff, | |
| vs. | |
| FRED D. ANDERSON, et al. | |
| Defendants, | |
| -and- | |
| APPLE COMPUTER, INC., | |
| Nominal Defendant. | |
| JEFFREY ALECCI, Derivatively on Behalf of APPLE COMPUTER, INC., | No. C-06-04649-JF |
| Plaintiff, | |
| vs. | |
| FRED D. ANDERSON, et al., | |
| Defendant, | |
| -and- | |
| APPLE COMPUTER, INC., | |
| Nominal Defendant. | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | MICHAEL PRIEBE and CYNTHIA PRIEBE, ) | No. C-06-04703-JF |
| 2 | Plaintiff, ) | |
| 3 | vs. ) | |
| 4 | STEVEN P. JOBS, et al., ) | |
| 5 | Defendants, ) | |
| 6 | -and- ) | |
| 7 | APPLE COMPUTER, INC., ) | |
| 8 | Nominal Defendant. ) | |
| 9 | PHYLLIS JONES, ) | No. C-06-05035-JF |
| 10 | Plaintiff, ) | |
| 11 | vs. ) | |
| 12 | FRED D. ANDERSON, et al., ) | |
| 13 | Defendants, ) | |
| 14 | -and- ) | |
| 15 | APPLE COMPUTER, INC., ) | |
| 16 | Nominal Defendant. ) | |
| 17 | ISABEL LUI, ) | No. C-06-05246-JF |
| 18 | Plaintiff, ) | |
| 19 | vs. ) | |
| 20 | STEVEN P. JOBS, et al., ) | |
| 21 | Defendant, ) | |
| 22 | -and- ) | |
| 23 | APPLE COMPUTER, INC., ) | |
| 24 | Nominal Defendant. ) | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | |
|---|---|
| KELLEY BERGMAN, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRED D. ANDERSON, et al., <br><br> Defendant, <br><br> -and- <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | No.: C-06-05374-JF |
| ALFRED RONCONI, Derivatively on Behalf of APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P. JOBS., et al., <br><br> Defendant, <br><br> -and- <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | No. C-06-05389-JF |
| FEIVEL GOTTLIEB, Derivatively on Behalf APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P. JOBS, et al., <br><br> Defendants, <br><br> -and- <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | No. C-06-05418-RMW |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | ERICK GULSRUD, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., | ) No. C-06-05427-RS<br>)<br>) |
| 2 | | ) |
| 3 | Plaintiff, | )<br>) |
| 4 | vs. | )<br>) |
| 5 | FRED D. ANDERSON, et al., | )<br>) |
| 6 | -and- | )<br>) |
| 7 | APPLE COMPUTER, INC., | )<br>) |
| 8 | Nominal Defendant. | )<br>) |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

1  WHEREAS, there are currently at least eleven shareholder derivative actions on behalf of nominal defendant Apple Computer, Inc., ("Apple") pending in the Northern District of California.

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

WHEREAS, the Court has previously determined that all of the Apple derivative actions identified above, with the exception of the *Gottlieb* and *Gulsrud* actions more recently filed, are related pursuant to Local Rule 3-12(a) and all have been assigned to Judge Fogel; and

WHEREAS, the Apple shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, counsel for plaintiffs, nominal defendant Apple, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint;

WHEREAS, several plaintiffs have filed motions to be appointed lead plaintiff and the motions are scheduled for hearing on October 20, 2006;

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference      1

1  WHEREAS, the parties have met and conferred and believe the interest of judicial economy will be served by continuing the initial case management conference to December 8, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar permits; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified defendants, through their respective counsel of record, as follows:

## I. CONSOLIDATION OF ACTIONS

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal;

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant, et al. v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

2. The caption of these consolidated actions shall be "In re Apple Computer, Inc. Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-04128-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference    2

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC., DERIVATIVE LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>) | Master File No. C-06-04128-JF |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "The Document Relates To:" in the caption described above (*e.g.* "No. C-06-04128 JF, *Karant, et al., v. Jobs, et al."*).

5. A Master Docket and a Master File hereby are established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket for each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference      3

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8. When a case which properly belongs as part of *In re Apple Computer, Inc., Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order by served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Apple Computer, Inc., Derivative Litigation*.

## II.   SCHEDULE

9. The case management conference is continued until December 8, 2006 at 10:30 a.m.

10. The case management statement shall be due on December 1, 2006.

11. Plaintiffs shall, no later than 45 days from the entry of an Order appointing lead plaintiff and lead counsel, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service shall be effected with respect to any named defendant who has already been served with any of the pre-existing complaints in any of the consolidated actions by serving the consolidated complaint on that defendant's counsel.

12. Each defendant who has been served shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service. In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference       4

1  and serve their opposition within 30 days after the service of defendants' motions.  If defendants
2  file and serve a reply to plaintiffs' opposition, they will do so within 15 days after service of the
3  opposition.

4        13.    Defendants' counsel may rely upon all agreements made with any Lead Counsel
5  appointed by the Court, and such agreements shall be binding on all derivative plaintiffs.
6  Defendants may satisfy their service obligations by serving the Lead Counsel.

7        IT IS SO STIPULATED.

8  Dated: October 11, 2006          COTCHETT PITRE SIMON & McCARTHY
                                              JOSEPH W. COTCHETT
9                                                BRUCE L. SIMON
                                              PHILIP L. GREGORY
10                                               MARK C. MOLUMPHY

11
12                                     /s/
                                   MARK C. MOLUMPHY

13                                    San Francisco Airport Office Center
                                   840 Malcolm Road, Ste. 200
14                                    Burlingame, CA 94010
                                   Telephone: (650) 697-6000
15                                    Facsimile: (650) 697-0577

16                                    Attorneys for Plaintiff Kelley Bergman

17 Dated: October 11, 2006          SCHIFFRIN & BARROWAY, LLP
                                              ERIC L. ZAGER
18                                    SEAN HANDLER

19
20                                    /s/
                                   SEAN HANDLER

21                                    280 King of Prussia Road
                                   Rador, PA 19087
22                                    Telephone: (610) 667-7706
                                   Facsimile: (610) 667-7056
23
24                                    BRAMSON, PLUTZIK, MAHLER &
                                   BIRKHAEUSER LLP
                                   KATHRYN A. SCHOFIELD
25                                    2125 Oak Grove Road, Ste. 120
                                   Walnut Creek, CA 94598
26                                    Telephone: (925) 945-0200
                                   Facsimile: (925) 945-8792
27
28                                    Attorneys for Plaintiffs Nicholas Karant and Alecta
                                   Pensionsforsakring, Omsesidigt

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference    5

1  I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
2  STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I
3  hereby attest that Sean Handler has concurred with this filing.

Dated: October 11, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS DOWNS
BENNY C. GOOMAN III
THOMAS WILHELM

           /s/
      TRAVIS DOWNS

655 West Broadway, Ste. 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Attorneys for Plaintiffs Douglas Holbert, Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust, and Jeffrey Alecci

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Travis Downs has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference        6

| | | |
|---|---|---|
| 1 | Dated: October 11, 2006 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | | PETER A. BINKOW |

/s/
PETER A. BINKOW

1801 Avenue of the Stars, Ste. 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899-1035
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

THE MILLER LAW FIRM, P.C.
DAVID H. FINK
950 West University Drive, Ste. 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852

Attorneys for Plaintiffs Michael Priebe and Cynthia Priebe

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Peter A. Binkow has concurred with this filing.

Dated: October 11, 2006          KELLER ROHRBACK LLP
                                 JULI E. FARRIS
                                 ELIZABETH A. LELAND
                                 CARI C. LAUFENBERG

/s/
JULI E. FARRIS

1201 Third Avenue, Ste. 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference          7

```
                    KELLER ROHRBACK PLC
                    GARY A. GOTTO
                    National Bank Plaza
                    3101 North Central Avenue, Ste. 900
                    Phoenix, AZ 85012
                    Telephone: (602) 248-0088
                    Facsimile: (602) 248-2822

                    LOVITT & HANNAN, INC.
                    RONALD LOVITT
                    J. THOMAS HANNAN
                    HENRY I. BORNSTEIN
                    900 Front Street, Ste. 300
                    San Francisco, CA 94111
                    Telephone: (415) 362-8769
                    Facsimile: (415) 362-7528

                    LOCKRIDGE GRINDAL NAUEN, PLLP
                    KAREN HANSON RIEBEL
                    100 Washington Avenue, So., Ste. 2200
                    Minneapolis, MN 55401
                    Telephone: (612) 339-6900
                    Facsimile: (612) 339-0981

                    Attorneys for Plaintiff Phyllis Jones
```

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Juli E. Farris has concurred with this filing.

Dated: October 11, 2006                SCOTT + SCOTT LLC
                                       ARTHUR L. SHINGLER III

                                       _____/s/_____
                                       ARTHUR L. SHINGLER

                                       600 B Street, Ste. 1500
                                       San Diego, CA 92101
                                       Telephone: (619) 233-4565
                                       Facsimile: (619) 233-0508

                                       SCOTT + SCOTT LLC
                                       DAVID R. SCOTT
                                       108 Norwich Avenue
                                       P.O. Box 192
                                       Colchester, CT 06415
                                       Telephone: (860) 537-5537
                                       Facsimile: (860) 537-4432

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference                                                    8

SCOTT + SCOTT LLC
GEOFFREY M. JOHNSON
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

Attorneys for Plaintiff Isabel Lui

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Arthur R. Shingler has concurred with this filing.

Dated: October 11, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
RICHARD M. HEINMANN
ELIZABETH J. CABRASER
JOY A. KRUSE
BRUCE W. LEPPLA
PETER E. LECKMAN

/s/
JOY A. KRUSE

Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

GREENFIELD & GOODMAN LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MD 21601
Telephone: (410) 745-4149

Attorneys for Plaintiff Alfred Ronconi

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Joy Kruse has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference          9

| | | |
|---|---|---|
| 1 | Dated: October 11, 2006 | KELLER GROVER LLP<br>JEFFREY F. KELLER |
| 2 | | |
| 3 | | _____/s/_____<br>JEFFREY F. KELLER |
| 4 | | |
| 5 | | 425 Second Street, Ste. 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305 |
| 6 | | Facsimile: (415) 543-7861 |
| 7 | | ZIMMERMAN LEVI & KORSINSKY LLP<br>Edward Korsinsky |
| 8 | | 39 Broadway, Ste. 1601<br>New York, NY 10006 |
| 9 | | Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171 |
| 10 | | |
| 11 | | Attorneys for Plaintiff Feivel Gottlieb |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Jeffrey F. Keller has concurred with this filing.

| | | |
|---|---|---|
| | Dated: October 11, 2006 | THE GARCIA LAW FIRM<br>STEPHEN M. GARCIA<br>SARINA HINSON |
| | | |
| | | _____/s/_____<br>SARINA HINSON |
| | | One World Trade Center, Ste. 1950<br>Long Beach, CA 90831<br>Telephone: (562) 216-5270<br>Facsimile: (562) 216-5271 |
| | | SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY, LTD<br>STEVEN A. HART<br>One IBM Plaza, Ste. 200<br>330 North Wabash<br>Chicago, IL 60611<br>Telephone: (312) 645-7912<br>Facsimile: (312) 645-7711 |
| | | Attorneys for Plaintiff Erick Gulsrud |

I, Mark C. Molumphy, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Sarina Hinson has concurred in this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference      10

| | |
|---|---|
| Dated: October 11, 2006 | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY<br>LUANN L. SIMMONS<br>DALE EDMONDSON |
| | _____/s/_____<br>DALE EDMONDSON |
| | 275 Battery Street, Ste. 2600<br>San Francisco, CA 94111-3305<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| | Attorneys for Nominal Defendant Apple Computer, Inc., and Defendants Fred D. Anderson, James J. Buckley, Robert Calderoni, William V. Campbell, Timothy D. Cook, Guerrino De Luca, Ian Diery, Millard Drexler, Daniel L. Eilers, Lawrence J. Ellison, Frederick Forsyth, Albert Gore, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubenstein, Avadis Tevanian, Jr., and Jerome B. York |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSE. In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson has concurred with this filing.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___10/13/06___ .         _____/s/_____
                                THE HONORABLE JEREMY FOGEL
                                UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference     11